# United States District Court
### for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

WAYNE CHARLES, SR.

**Plaintiff**

vs.

LEVITT & KAIZER, RICHARD LEVITT; NICHOLAS KAIZER; BRENDAN WHITE;) GLENDA CHARLES; MICHELLE KERN-RAPPY, PAUL A. SHNEYER, solely in his capacity as the court appointed receiver of

**Defendant**

Case Number: 15-9334

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

WAYNE CHARLES, SR.

**Plaintiff**

vs.

LEVITT & KAISER, RICHARD LEVITT; NICHOLAS KAIZER; BRENDAN WHITE; GLENDA CHARLES; MICHELLE KERN-RAPPY

**Defendant**

Case Number: 15-08283

Status of Earlier Filed Case:

⦿ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

◯ Open      (If so, set forth procedural status and summarize any court rulings.)

VOLUNTARY DISMISSAL.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

SUBSTANTIALLY THE SAME ALLEGED FACTS, CAUSES OF ACTION, AND PARTIES.

Signature: _____    Date: 12/11/2015

Firm: The Law Office of J.A. Sanchet-Dorta, P.C.